**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

SHADEED ARASHID ASSABUR,                                            PETITIONER
aka William F. Caradine, ADC #078875

v.                                 5:12-cv-00104-JJV

RAY HOBBS, Director,
Arkansas Department of Correction                                   RESPONDENT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED without prejudice.

SO ORDERED this 15th day of May, 2012.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE